# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY GALE FRENCH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00940-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 21) |

Plaintiff's appeal of the final decision denying her application for disability benefits was granted on August 18, 2017 and the matter was remanded to the Commissioner on August 18, 2017. On November 16, 2017, the parties filed a stipulation for the award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of six thousand, three hundred, sixty five dollars ($6,365.00) pursuant to the stipulation of the parties.

IT IS SO ORDERED.

Dated: **November 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1